20 So.3d 985 (2009)
Hartman LIGHTBOURNE, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D09-1232.
District Court of Appeal of Florida, Third District.
October 21, 2009.
Rehearing and Rehearing En Banc Denied November 24, 2009.
Hartman Lightbourne, in proper person.
Bill McCollum, Attorney General, and Forrest L. Andrews, Jr., Assistant Attorney General, for appellee.
Before WELLS, LAGOA, and SALTER, JJ.
PER CURIAM.
Affirmed. See Burrell v. State, 483 So.2d 479 (Fla. 2d DCA 1986).